UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA,

                                    ORDER
      -against-                   98-CR-371 (DRH)

J. KEVIN MENEILLY

             Defendant.
-----------------------------X
A P P E A R A N C E S:

For the Government:
    Ben Campbell
    Interim United States Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York  11722
      By: Richard P. Donoghue, A.U.S.A.

For the Defendant:
    Joseph W. Ryan, Jr., P.C.
    1425 Reckson Plaza
    East Tower, 15th Floor
    Uniondale, New York 11556-1425

HURLEY, Senior District Judge

       For the reasons articulated in the July 13, 2007 letter brief of Joseph W. Ryan, Jr., Esq., and given that defendant has now served approximately one-half of the supervised release term, defendant's motion, made pursuant to 18 U.S.C. Section 3564(c), to terminate his term of supervised release is granted.

       SO ORDERED.

Dated:     November 8, 2007
           Central Islip, New York


                                 _____/s/_____
                                 DENIS R. HURLEY, U.S.D.J.